## CLARK *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 52, September Term, 1962.]

*Decided January 30, 1963.*

Before the full Court.

Per Curiam.

For the reasons given in the lower court's opinion, as well as upon the authority of *Ellinger v. Warden,* 224 Md. 648, this application for leave to appeal from denial of post conviction relief is hereby denied.